NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POWX INC.,**

*Plaintiff-Appellant*

**v.**

**PERFORMANCE SOLUTIONS, LLC,**

*Defendant-Appellee*

---

2024-2104

---

Appeal from the United States District Court for the Southern District of New York in No. 1:24-cv-01389-MMG, Judge Margaret M. Garnett.

---

## **O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                    POWX INC. V. PERFORMANCE SOLUTIONS, LLC


ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT

February 5, 2025
Date

Jarrett B. Perlow
Clerk of Court